**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>         )<br>     Plaintiff,    )<br>         )<br>     vs.    )<br>         )<br>**ROBERT McCULLOCH,**  )<br>         )<br>     Defendant.   ) | **8:00CR189**<br><br>**ORDER** |

Defendant Robert McCulloch appeared before the court on Wednesday, February 10, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [66]. The defendant was represented by Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The Defendant waived a preliminary examination. The government requested detention and a hearing was held. The court found the defendant could be released under the current conditions of probation with a no-contact provision with the victim of the alleged violation. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

   **IT IS ORDERED**:

   1.   A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 1, 2010 at 1:00 p.m .**   Defendant must be present in person.

   2.   The defendant is released on current conditions of probation with a no-contract provision.

   DATED this 10th day of February, 2010.

                                                              BY THE COURT:

                                                              s/ F. A. Gossett
                                                              United States Magistrate Judge