IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:00CR189 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MCCULLOCH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 3rd day of May, 2010, on the Motion of the Defendant for an order requiring the Nebraska Department of Corrections to provide counsel with a copy of the Defendant's sex offender evaluation.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that said Motion is granted and the Nebraska Department of Corrections shall provide a copy of the Defendant's sex offender evaluation to David R. Stickman, Federal Public Defender.

BY THE COURT:

Date: May 3, 2010

s/ Joseph F. Bataillon
United States District Court